LESTER CLARK, Respondent, v. ROCKAVE BAR AND GRILL, INC., Appellant, et al., Defendants.— Action to recover damages for personal injuries alleged to have been sustained by plaintiff as a result of having been assaulted by appellant's

employee. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.